UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CODY ALLEN WITT,<br><br>　　　　Defendant. | Case No. 4:16-CR-257-BLW<br><br>**ORDER** |

　　Finding good cause therefore,

　　NOW THEREFORE IT IS HEREBY ORDERED, that the motion to amend Judgment (docket no. 90) is GRANTED.

　　IT IS FURTHER ORDERED, that the Judgment as to defendant Cody Allen Witt (docket no. 85) be amended as follows: Under the heading "Imprisonment" and immediately following the phrase "The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: 77 months", the following sentence shall be added: "The term of imprisonment imposed by this judgment shall run concurrent with the defendant's terms of imprisonment pursuant to the judgments in Bannock County Docket Numbers CR-2011-7728-FE and CR-2016-5482-FE."



DATED: April 27, 2018

_____
B. Lynn Winmill
Chief U.S. District Court Judge